UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:26-CV-00681-GNS

MAYANK TAYA PETITIONER

v.

MIKE LEWIS, Jailer, Hopkins County Jail;
SAMUEL OLSON, Field Office Director, Chicago Field Office,
U.S. Immigration and Customs Enforcement;
DAVID VENTURELLA, Acting Director,
U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLINS, in his official capacity as
Secretary of Department of Homeland Security; and
TODD BLANCHE, in his official capacity as
Attorney General of the United States RESPONDENTS

# ORDER

In Respondents' Response to the Show Cause Order (DN 8), Respondents stated that Petitioner had a custody redetermination hearing scheduled for November 5, 2026. Accordingly, **IT IS HEREBY ORDERED** that on or before **November 20, 2026**, Respondents shall file a status report as to the immigration judge's decision and include a copy of any order from that hearing.

**Greg N. Stivers, Judge**
**United States District Court**
November 17, 2026

cc: counsel of record